IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

SHEILA D. SMITH                                                                                    PLAINTIFF

v.                                              No. 2:11-cv-62-DPM

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration                                                     DEFENDANT

JUDGMENT

Smith's complaint is dismissed with prejudice.

*D.P. Marshall Jr.* (signature)
D.P. Marshall Jr.
United States District Judge

4 Nov. 2011